IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERRY SANCHEZ §<br>§<br>VS. §<br>§    CIVIL NO. 5:23-cv-423<br>§<br>MATTHEW ALLEN SCHAEFER, §<br>AND C.D. HAUGEN, INC. § | |

### DEFENDANT, C.D. HAUGEN, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, **C.D. HAUGEN, INC.**, hereby removes this action to the United States District Court for the Western District of Texas San Antonio Division from the 131ST Judicial District Court of Bexar County, Texas, stating as follows:

1. Plaintiff, Terry Sanchez, is a citizen of Texas.

2. Plaintiff commenced this action in the 131st Judicial District Court, Bexar County, Texas, where it was given Cause No. 2023CI02775.

4. Defendant, C.D. Haugen, Inc. is a corporation organized under the laws of the State of Minnesota. Its principal place of business is in the State of Minnesota. It is a citizen of Minnesota.

5. Plaintiff and Defendant are citizens of different states, the Defendant is not a citizen of Texas, and the proper parties are totally diverse from Minnesota.

6. Defendant, C.D. Haugen, Inc. received the summons and complaint on March 13, 2023.

7. A copy of all process, pleadings, and orders known in this case are attached as Exhibit A.

8. Defendant, C.D. Haugen, Inc. will provide written notice of this Notice of Removal to all adverse parties and will file a copy with the Clerk of the 131st Judicial District Court, Bexar County, Texas.

Dated: March 6, 2023

Respectfully submitted,

LARRY D. WARREN
State Bar No. 20888450
FBN: 13339
**ATTORNEY FOR DEFENDANT
C.D. HAUGEN, INC.**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6300 (Main)
Telephone: (210) 731-6350 (Direct)
Facsimile: (210) 785-2950
lwarren@namanhowell.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the ___6___ day of March 2023, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

Chirag N. Desai
LAW OFFICES OF THOMAS J. HENRY
5711 University Heights Blvd., Suite 101
San Antonio, Texas 78249
cdesai-svc@tjhlaw.com
**ATTORNEYS FOR PLAINTIFF**

LARRY D. WARREN